Opinion issued June 3, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00725-CV

———————————

MARTIN
ALLEN DRAUGHON, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 338th
District Court

Harris County, Texas



Trial Court Case No. 463658

 



 

MEMORANDUM OPINION

Appellant, Martin
Allen Draughon, has failed to timely file a brief.  See
Tex. R. App.
P. 38.8(a) (failure to file
brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing
involuntary dismissal of case).  

We
dismiss the appeal for want of prosecution for failure to timely file a brief.  We deny all pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland
and Sharp.